IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| ENERGERA INC., | § | |
| | § | |
| Plaintiff, | § | CASE NO.: 7:19-CV-00026-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| AFD PETROLEUM (TEXAS) INC., ALASKA FUEL DISTRIBUTORS INC. D/B/A AFD PETROLEUM, AFD PETROLEUM LTD. and GLOBAL ENGINEERING SOLUTIONS LIMITED, | § § § § § § | |
| Defendants. | § | |

## DISCOVERY DISPUTE ORDER

On September 23, 2022, the parties jointly requested that this Court resolve a discovery dispute brought by Defendants regarding Plaintiff's first supplemental response to Defendants' Interrogatory No. 14. Having considered the Parties' positions and arguments presented at the hearing held on September 26, 2022, and in consideration of the same, the Court hereby orders the following:

For each Asserted Claim, Plaintiff shall supplement its first supplemental response to specify the date (day, month, and year) Plaintiff contends the invention claimed in that claim was first conceived. Further, Plaintiff shall provide an executed verification for its accumulated response to this interrogatory. Plaintiff shall make this supplementation within seven days of this Order. No further relief sought is granted in resolution of this discovery dispute.

**IT IS SO ORDERED.**

Date: October 3, 2022

_____
The Honorable Derek T. Gilliland
UNITED STATES MAGISTRATE JUDGE

1